**Opinion issued September 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00387-CV

————————————

## IN RE SOPHIA HWANG, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Sophia Hwang, has filed a petition for writ of mandamus, challenging the trial court's October 14, 2015 order setting aside a March 9, 2015 default judgment.[1]

We **deny** the petition for writ of mandamus.

---

[1] The underlying case is *In the Interest of S.H.K., A Child*, cause number 2011-76817, pending in the 309th District Court of Harris County, Texas, the Honorable Sheri Y. Dean presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.